# EXHIBIT "2"

COMMONWEALTH OF KENTUCKY
CLINTON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00062

*Electronically Filed*

ANITA RUBIO, Administrator of the
ESTATE of AKEEM WILLIAMS, et al.                                          PLAINTIFF

v.                              **NOTICE OF FILING
                                NOTICE OF REMOVAL**

DZ MOVING AND STORAGE, LLC, et al.                                        DEFENDANTS

\*\*\*     \*\*\*     \*\*\*     \*\*\*     \*\*\*

Please take notice that, pursuant to 28 U.S.C. § 1446(d), Defendants John Christner Trucking, LLC and Terron Scott have on this 20th day of November 2020 filed a Notice of Removal in the above-captioned action removing it from the Clinton Circuit Court to the United States District Court for the Western District of Kentucky at Bowling Green. A copy of the Notice of Removal is attached as Exhibit 1.

        Respectfully submitted,

        STOLL KEENON OGDEN PLLC
        300 West Vine Street, Suite 2100
        Lexington, Kentucky 40507
        (859) 231-3000
        (859) 259-3568 facsimile


        By: /s/Palmer G. Vance II
           Palmer G. Vance II
           Samuel T. Reinhardt

        COUNSEL FOR DEFENDANTS,
        JOHN CHRISTNER TRUCKING, LLC AND
        TERRON SCOTT

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that I served a true and accurate copy of the foregoing to the following via electronic service through Courtnet and by U.S. mail, postage prepaid, on this 20TH day of November 2020:

Timothy R. McCarthy
NUTT LAW OFFICE
Meidinger Tower, Suite 1750
462 South Fourth Street
Louisville, KY 40202
COUNSEL FOR PLAINTIFFS

John T. Pruitt, Jr.
TRAVIS, PRUITT & POWERS
P. O. Drawer 30
Somerset, KY 42502-0030
COUNSEL FOR DEFENDANT,
STATE FARM MUTUAL INSURANCE COMPANY

        /s/Palmer G. Vance II
        COUNSEL FOR DEFENDANTS,
        JOHN CHRISTNER TRUCKING, LLC AND
        TERRON SCOTT