UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:20-cv-00198-GNS
***Electronically Filed***

ANITA RUBIO, Administrator of the
ESTATE of AKEEM WILLIAMS, et al.

PLAINTIFFS

v.

DZ MOVING AND STORAGE, LLC, et al.

DEFENDANTS

## MOTION TO APPROVE MINOR SETTLEMENT ON BEHALF OF THE DECEDENT'S CHILD, G.W.

\*\*\* \*\*\* \*\*\* \*\*\*

Comes the administratrix of the Estate of Akeem Williams and next friend of G.W., a minor and hereby moves this Court to enter the attached order.  As grounds for this motion, Anita Rubio, administratrix of the Estate of Akeem Williams and next friend of G.W., states as follows:

1.  This case was filed as a result of the wrongful death of the decedent, Akeem Williams;

2.  At the time of his death, Akeem Williams, had one (1) minor child, G.W.;

3.  Anita Rubio, administratrix of the Estate of Akeem Williams is G.W.'s maternal grandmother;

4.  The Plaintiff has resolved both of the claims against both Defendants in this case;

5.  Plaintiff initially resolved their case against Defendant DZ Moving & Storage;

6.  An Estate was created for G.W. in Marion County, Indiana, where he is resident;

7.  Those funds were placed in a blocked bank account on behalf of G.W., the minor;

8.      Plaintiff has recently through mediation with Magistrate Judge Brent Brennenstuhl, resolved their claim against John Christner Trucking and their driver Terron Scott.

9.      The case against John Christner Trucking and Terron Scott was resolved for a sum of $180,000.00, apportioned $150,000.00 for the wrongful death and $30,000.00 for the loss of consortium claim on behalf of the minor child, G.W.

10.     The minor's maternal grandmother, Anita Rubio, administratrix and the undersigned, both feel the that this settlement is in the minor's best interest to accept.  Liability against this Defendant was very highly disputed and of course, there was a chance if the case proceeded to trial that the Estate including the minor would receive zero is a defense verdict was returned.

11.     The administratrix, Anita Rubio and the undersigned both feel that the apportionment to the minor is fair.  $30,000.00 was earmarked for the minor's loss of consortium claim and of course, the minor will also be a taker under the wrongful death action as well.  Said minor will receive one-half of the recovery after attorney's fees and costs pursuant to the Kentucky Wrongful Death Statute.

12.     Keeping in mind the difficult liability in this case, the administratrix, Anita Rubio, moves this Court to enter the attached order approving said settlement.  Any amounts received by the minor will be added to the minor's blocked account in Marion County, Indiana.

Accordingly, the administratrix of the Estate of Akeem Williams and next friend of G.W. move this Court to enter the attached Order Approving Settlement.

Respectfully submitted,

  /s/ Timothy McCarthy
Timothy R. McCarthy, Esq.
Nutt Law Office
462 South Fourth Avenue
Suite 1750, Meidinger Tower
Louisville, Kentucky 40202
(502) 589-0635
(502) 589-8891 Fax
tim@nuttlaw.com

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing has been electronically filed with the Ky. e-Filing system on this 17th day of February, 2022, and that same has been sent by electronic mail per CR 5.02 to the following counsel of record:

Sam Reinhardt
Gene Vance
Stoll Keenon Ogden
300 West Vine Street
Suite 2100
Lexington, KY  40507
Sam.reinhardt@skofirm.com
Gene.vance@skofirm.com
*Attorney for Terron Scott and John Christner Trucking, LLC*

John T. Pruitt, Jr.
Travis, Pruitt & Powers
207 East Mt. Vernon Street
Post Office Drawer 30
Somerset, KY  42502-0030
606-678-8171
606-678-0411 FAX
*COUNSEL FOR STATE FARM*

/s/ Timothy McCarthy
Timothy McCarthy