UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO.: 1:20-cv-00198-GNS

*Electronically Filed*

ANITA RUBIO, Administrator of the
ESTATE of AKEEM WILLIAMS, et al.  **PLAINTIFF**

v.   **AGREED ORDER OF DISMISSAL**

DZ MOVING AND STORAGE, LLC, et al.  **DEFENDANTS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties being in agreement and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED**:

1. That all claims of Plaintiffs, Anita Rubio, Administratrix of the Estate of Akeem Williams and Anita Rubio, Next Friend of Gabriel Williams, a Minor against the defendants, John Christner Trucking LLC and Terron Scott be, and the same are hereby **DISMISSED WITH PREJUDICE** as settled, each party to bear their own costs and attorneys' fees; and,

2. All claims having been resolved, this matter is STRICKEN from the active docket of this Court.

Greg N. Stivers, Chief Judge
United States District Court

March 30, 2022

1

**HAVE SEEN AND APPROVE FOR ENTRY:**

/s/ Timothy R. McCarthy (w/ permission)
Timothy R. McCarthy
NUTT LAW OFFICE
Meidinger Tower, Suite 1750
462 South Fourth Street
Louisville, KY  40202
COUNSEL FOR PLAINTIFFS


/s/ Palmer G. Vance II
Palmer G. Vance II
Samuel T. Reinhardt
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
COUNSEL FOR DEFENDANTS,
JOHN CHRISTNER TRUCKING LLC AND
TERRON SCOTT